United States District Court
Northern District of California

RUBEN MIJEL CHAVIRA,

    Plaintiff,

  v.

B. RANKIN, CORRECTIONAL ADMINISTRATOR, et al.,

    Defendants.

Case No.: C 11-5730 CW (PR)

JUDGMENT

    For the reasons discussed in the Court's Order of today's date, this action is DISMISSED with prejudice.

    The Clerk of the Court shall close the file. The parties shall bear their own costs.

    IT IS SO ORDERED.

Dated: 11/26/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE