United States District Court

Northern District of California

| | |
|---|---|
| RUBEN MIJEL CHAVIRA,<br><br>             Plaintiff,<br><br>     v.<br><br>B. RANKIN, CORRECTIONAL ADMINISTRATOR, et al.,<br><br>             Defendants. | Case No.: C 11-5730 CW (PR)<br><br>JUDGMENT |

    For the reasons discussed in the Court's Order of today's date, this action is DISMISSED with prejudice.

    The Clerk of the Court shall close the file. The parties shall bear their own costs.

    IT IS SO ORDERED.

Dated: 11/26/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE